# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Andrew Schwartz, et al.

                    Plaintiff,

v.                                        Case No.: 1:19–cv–03929
                                                Honorable Robert M. Dow Jr.

Fairlife, LLC

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 28, 2022:

      MINUTE entry before the Honorable Robert M. Dow, Jr: Fairness hearing held. No objectors appeared either in person or by Zoom, nor have any objections been filed on the docket. Plaintiffs' motions for final approval of class action settlement [170] and for attorneys' fees [172] are granted. Signed orders to follow. Civil case terminated. Emailed notice(cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.